AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**MICHAEL T. BURLINGAME,**

    **Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL**
**SECURITY,**

    **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-11-817**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed September 6, 2012, the decision of the Commissioner of Social Security is AFFIRMED and this action is DISMISSED.  FINAL JUDGMENT is hereby entered pursuant to Sentence 4 of 42 U.S.C. § 405(g).**

Date: September 6, 2012                        JOHN HEHMAN, CLERK

                                             */S/ Andy F. Quisumbing*
                                             (By) Andy F. Quisumbing
                                             Courtroom Deputy Clerk